UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| ANDREW F. POTVIN, | ) | CASE NO. CV 13-7165-DOC (PJW) |
| Petitioner, | ) ) ) | JUDGMENT |
| v. | ) ) | |
| JERRY POWERS, et al., | ) ) | |
| Respondents. | ) ) | |

Pursuant to the Order Accepting Final Report and Adopting Findings, Conclusions, and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that the Petition is denied and this action is dismissed without prejudice.

DATED: December 2, 2014 .

_/s/ David O. Carter_
DAVID O. CARTER
UNITED STATES DISTRICT JUDGE

C:\Users\dgoltz\AppData\Local\Temp\notes6D5FA7\Judgment.wpd